IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DERENZO DESHON PRESTON                                                              PLAINTIFF

v.                                    Case No. 6:24-cv-6111

DEPUTY BRET REID, *et al.*                                                         DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed October 15, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 13. Judge Ford recommends that Plaintiff's complaint be dismissed without prejudice for failure to comply with the Court's orders and failure to prosecute this case.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 13) *in toto*. Accordingly, the Court finds that Plaintiff's complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 6th day of November, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge